IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER SCOTT EMMETT,

    Plaintiff,

v.   Case No. 3:07CV227

GENE M. JOHNSON,
GEORGE M. HINKLE,
and
LORETTA K. KELLY, and
JOHN DOES 1-100,

    Defendants.

## PROTECTIVE ORDER

The pleadings and arguments of the parties having been heard and considered, it is accordingly adjudged and ordered as follows:

The parties, their counsel, and agents agree that the identities and all identifying information about the personnel involved in the execution process, specifically including any person(s) who declare death of the condemned inmate or train members of the execution team, and all photographs and diagrams pertaining to the execution chamber are to be held confidential.

Entered: July 13 / 2009

/s/
———————————————
Henry E. Hudson
United States District Judge

We ask for this:

*(signature)*

Richard C. Vorhis, SAAG, VSB #23170
Banci E. Tewolde, AAG, VSB #40331
J. Michael Parsons, AAG, VSB#68520
Attorney for Defendants
Office of the Attorney General
Public Safety and Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-4805
Fax: 804-786-4239
rvorhis@oag.state.va.us

*Counsel for VDOC Defendants*

*(signature)*

Matthew Engle, Esquire
Jennifer Givens, Esquire
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903

*Counsels for Plaintiff Christopher Scott Emmett*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Matthew Engle, Esquire
Jennifer Givens, Esquire
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903

/s/ Richard C. Vorhis
Richard C. Vorhis, SAAG, VSB #23170
Banci E. Tewolde, AAG, VSB #40331
J. Michael Parsons, AAG, VSB #68520
Attorney for Defendants
Office of the Attorney General
Public Safety and Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-4805
Fax: 804-786-4239
rvorhis@oag.state.va.us